UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HIGHSTEPPIN' PRODUCTIONS, LLC., <br><br> Plaintiff, <br><br> v. <br><br> GEORGE PORTER, JR., <br> DAVID RUSSELL BATISTE, JR., <br> BRIAN STOLTZ, ET AL <br><br> Defendants. | CIVIL ACTION <br> NO. 09-12208 |

**TEMPORARY RESTRAINING ORDER**

This matter, having come before the Court on Plaintiff's emergency ex parte motion for a Temporary Restraining Order and other relief filed on December 30, 2009 (Docket No. 2) and, upon consideration of that motion, a supporting memo of law and the affidavit of Philip I. Stepanian (Docket No. 4) and the Complaint (Docket No. 1) and exhibits on file,

It is hereby accordingly **ORDERED, ADJUDGED, AND DECREED** that:

The designated reach and apply defendants, C Entertainment, Inc., a Massachusetts corporation, Live Nation, Inc. d/b/a House of Blues, a Massachusetts corporation, and Elevation Group, Inc., place of incorporation unknown, and any person or persons acting on behalf of in concert with them are, during the pendency of this Temporary Restraining Order, restrained and enjoined from transferring, disposing, dissipating or conveying any monies owed

or to become owing to the defendants herein, namely, George Porter, Jr., David Russell Batiste, Jr., Brian Stoltz and/or Porter Batiste Stoltz, LLC and particularly in connection with any fees owed or to become owing to said defendants arising out of their performance at the House of Blues venue in Boston, Massachusetts on or about December 31, 2009.

    This Temporary Restraining Order shall remain in full force and effect until a hearing on Plaintiff's motion for a Preliminary Injunction on Wednesday, January 6, 2010, at 11:00 a.m. in Courtroom 4, Moakley Federal Courthouse, 1 Courthouse Way, Boston, Massachusetts, at which time the defendants shall show cause why this order should not be converted into a Preliminary Injuction.

    It is further ordered that Plaintiff is excused, for the time being, from posting a bond.

So Ordered.

                                               /s/ Nathaniel M. Gorton
                                             Nathaniel M. Gorton
                                             United States District Judge

Dated: December 30, 2009