George Porter Jr.
Financial Summary-Including 1/3 PBS Amounts
for January 2005-October 2009

### FLOAT:

| | | |
|---|---|---|
| Payments to Porter via Direct deposit 2007 | $ | 40,569.99 |
| Payments to Porter in cash 2007 | $ | 2,250.00 |
| Payments to Porter by check 2007 | $ | 5,000.00 |
| Payments to Porter via Direct deposit 2008 | $ | 115,700.00 |
| Total Payments to Porter: | $ | 163,519.99 |

### COMMISSIONS:

| | | |
|---|---|---|
| Deferred Management fees 2005-2007 | $ | 3,028.00 |
| Deferred Management fees 2008 | $ | 8,592.50 |
| Deferred Management fees-PBS (1/3 for Porter) | $ | 23,546.80 |
| Total Calculated Commissions: | $ | 35,167.30 |

### FEES & COSTS:

| | | |
|---|---|---|
| Administrative Costs-PBS (1/3 for Porter) | $ | 2,783.95 |
| Advertising | $ | 7,983.34 |
| Agent Commissions-PBS (1/3 for Porter) | $ | 7,930.06 |
| CD's & Merchandise taken | $ | 2,522.39 |
| Commissions paid | $ | 343.00 |
| Crew Disbursements-PBS (1/3 for Porter) | $ | 32,642.23 |
| Fan Base expenses | $ | 285.00 |
| Internet Access | $ | 17.33 |
| Internet Access-PBS (1/3 for Porter) | $ | 342.84 |
| Licensing fees | $ | 599.13 |
| Marketing | $ | 2,851.83 |
| Musical Equipment | $ | 117.85 |
| Musical Equipment & Space Rental-PBS (1/3 for Porter) | $ | 668.07 |
| Office expenses | $ | 11.64 |
| Office expenses-PBS (1/3 for Porter) | $ | 82.48 |
| Postage & Shipping | $ | 319.10 |
| Professional Fees-PBS (1/3 for Porter) | $ | 200.00 |
| Promotions | $ | 3,425.25 |
| Publicity | $ | 20.43 |
| Sales & Marketing-PBS (1/3 for Porter) | $ | 40,689.41 |
| Session fees | $ | 600.00 |
| Subcontractors | $ | 390.00 |
| Subcontractors-PBS (1/3 for Porter) | $ | 6,025.00 |
| Tour funds held | $ | 272.50 |
| Tour travel | $ | 2,795.66 |
| Tour travel-PBS (1/3 for Porter) | $ | 53,055.95 |
| Website Design | $ | 2,738.37 |
| Merchandise Production Costs | $ | 10,253.00 |

EXHIBIT 2

| | | |
|---|---|---|
| Merchandise Production Costs-PBS (1/3 for Porter) | $ | 7,020.87 |
| Total Fees & Costs: | $ | 186,986.69 |
| | | |
| **ADJUSTMENTS:** | | |
| Performance Fee income-offset | $ | (2,785.00) |
| Performance Fee income-PBS (1/3 for Porter) | $ | (111,659.37) |
| Other Income-PBS (1/3 for Porter) | $ | (574.33) |
| Cost Recovery thru Q3 2009 | $ | (3,060.37) |
| Cost Recovery thru Q3 2009-PBS (1/3 for Porter) | $ | (11,313.94) |
| Total Adjustments: | $ | (129,393.01) |
| | | |
| **Total Amounts Due from Porter:** | **$** | **256,280.97** |

David Russell Batiste, Jr.
Financial Summary
for January 2005-October 2009

Expenses paid on behalf of David Russell Batiste, Jr.2006-2007:

| | | |
|---|---|---|
| Salary amount for 2007 | $ | 27,570.00 |
| Cash Advance to Batiste | $ | 4,560.32 |
| Deferred Management fees | $ | 157.18 |
| Fan Base expenses | $ | 35.00 |
| Internet Access | $ | 18.25 |
| Postage & Shipping | $ | 58.80 |
| Promotions | $ | 12.00 |
| Tour travel | $ | 1,130.75 |
| Website Design | $ | 914.70 |
| | | |
| Merchandise sales credit | $ | (135.00) |
| | | |
| **Expenses paid subtotal:** | **$** | **34,322.00** |

Expenses paid on behalf of David Russell Batiste, Jr. 2008-2009:

| | | |
|---|---|---|
| Salary amount for 2008 | $ | 34,900.00 |
| Marketing costs | $ | 680.31 |
| Merchandise comps | $ | 13.90 |
| Musical equipment | $ | 120.19 |
| Tour travel | $ | 168.40 |
| | | |
| **Expenses paid subtotal:** | **$** | **35,882.80** |
| | | |
| **Total Expenses paid 06-09** | **$** | **69,222.00** |
| | | |
| Less Cost Recovery thru Q3 2009: | $ | 885.15 |
| | | |
| **Total Amounts due to HSP:** | **$** | **68,336.85** |
| | | |
| Including 1/3 PBS Debt: | $ | 51,440.03 |
| | | |
| **Total Amount due from David Russell Batiste:** | **$** | **119,776.88** |

Brian Stoltz
Financial Summary
for January 2005-October 2009

Expenses paid on behalf of Brian Stoltz 2006-2007:

| | | |
|---|---|---:|
| Salary amount for 2007 | $ | 32,520.00 |
| Advertising | $ | 8,357.33 |
| Amounts paid to Stoltz | $ | 1,844.30 |
| CD's & Merchandise taken | $ | 966.18 |
| Deferred Management fees | $ | 1,075.51 |
| Fan Base expenses | $ | 285.00 |
| Internet Access | $ | 17.15 |
| Legal Fees | $ | 50.00 |
| Licensing fees | $ | 950.00 |
| Postage & Shipping | $ | 338.62 |
| Promotions | $ | 4,316.87 |
| Tour travel | $ | 425.64 |
| Website Design | $ | 1,431.63 |
| Performance Fee income-offset | $ | (3,500.00) |
| Non-Inventory merch sales-offset | $ | (1,378.98) |
| Merchandise Production Costs | $ | 3,857.24 |
| **Expenses paid subtotal:** | **$** | **51,556.49** |

Expenses paid on behalf of Brian Stoltz 2008-2009:

| | | |
|---|---|---:|
| Salary amount for 2008 | $ | 46,400.00 |
| Advertising | $ | 250.00 |
| Marketing Costs | $ | 1,331.39 |
| Merchandise comps | $ | 152.31 |
| CD's & Merchandise taken | $ | 605.00 |
| Office expenses | $ | 37.29 |
| Tour travel | $ | 391.91 |
| Merchandise sales paid to Brian | $ | 1,220.00 |
| **Expenses paid subtotal:** | **$** | **50,387.90** |
| **Total Expenses paid 06-09:** | **$** | **101,944.39** |
| Less Cost Recovery thru Q3 2009: | $ | 2,006.62 |
| Total Amounts due to HSP: | $ | 99,937.77 |
| Including 1/3 PBS Debt: | $ | 51,440.03 |
| **Total Amount due from Brian Stoltz** | **$** | **151,377.80** |