Jan 20 10 10:03a    Baker and Associates        16175739503        p.5

Case 1:09-cv-12208-NMG Document 16 Filed 01/20/10 Page 1 of 11
Case 1:09-cv-12208-NMG Document 5 Filed 12/30/2009 Page 1 of 2

# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

HIGHSTEPPIN' PRODUCTIONS, LLC,

V.                                          **SUMMONS IN A CIVIL CASE**

GEORGE PORTER JR., ET AL.,

CASE NUMBER: **1:09-CV-12208-NMG**

TO: (Name and address of Defendant)

> Bug Music
> 7750 Sunset Blvd.
> Los Angeles, CA 90046

**YOU ARE HEREBY SUMMONED** and required to serve on

> Jeffrey S. Baker, Esq.
> Baker & Associates, P.C.
> Two West Hill Place, Suite 100
> Boston, MA 02114

an answer to the complaint which is served on you with this summons, within 21 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**SARAH ALLISON THORNTON**

CLERK

/s/ – **Mary Cummings**

(By) DEPUTY CLERK



**ISSUED ON 2009-12-30 10:38:00.0, Clerk**
USDC DMA

Jan 20 10 10:04a    Baker and Associates                    16175739503              p.6
Case 1:09-cv-12208-NMG Document 16 Filed 01/20/10 Page 2 of 11
Case 1:09-cv-12208-NMG Document 5 Filed 12/30/2009 Page 2 of 2

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me (1) | DATE  January 14, 2010 |
| NAME OF SERVER *(PRINT)* Denise A. LaPointe, Constant Constable | TITLE  Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of bode with a person of suitable age and discretion then residing therein.

☐ Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Served in hand on Patricia W. Harnet, agent in charge, Secretary of the Commonwealth of Massachusetts, at 3:01 p.m. on January 14, 2010.

### STATEMENT OF SERVICE FEES

| TRAVEL  $20.00 | SERVICES  $10.00 | TOTAL  $30.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    January 20, 2010                  *Signature of Server*
                    Date

                                                 Boston, MA
                                                 *Address of Server*

Jan 20 10 10:04a    Baker and Associates            16175739503              p.7

Case 1:09-cv-12208-NMG Document 16 Filed 01/20/10 Page 3 of 11
Case 1:09-cv-12208-NMG Document 5 Filed 12/30/2009 Page 3 of 21

# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

HIGHSTEPPIN' PRODUCTIONS, LLC,

           V.                        SUMMONS IN A CIVIL CASE

GEORGE PORTER JR., ET AL.,

                                   CASE NUMBER: 1:09-CV-12208-NMG

TO: (Name and address of Defendant)

    Bugaloo Music
    7750 Sunset Blvd.
    Los Angeles, CA 90046

YOU ARE HEREBY SUMMONED and required to serve on

    Jeffrey S. Baker, Esq.
    Baker & Associates, P.C.
    Two West Hill Place, Suite 100
    Boston, MA 02114

an answer to the complaint which is served on you with this summons, within 21 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

SARAH ALLISON THORNTON
_____
CLERK

/s/ – Mary Cummings
_____
(By) DEPUTY CLERK



ISSUED ON 2009-12-30 10:38:00.0, Clerk
USDC DMA

Jan 20 10 10:05a    Baker and Associates                     16175739503              p.8

Case 1:09-cv-12208-NMG   Document 16   Filed 01/20/10   Page 4 of 11
Case 1:09-cv-12208-NMG   Document 5   Filed 12/30/2009   Page 2 of 2

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me [1] | DATE | January 14, 2010 |
| NAME OF SERVER *(PRINT)* Denise A. LaPointe, Constant Constable | TITLE | Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of bode with a person of suitable age and discretion then residing therein.

☐ Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify) : Served in hand on Patricia W. Harnet, agent in charge, Secretary of the Commonwealth of Massachusetts, at 3:01 p.m. on January 14, 2010.

**STATEMENT OF SERVICE FEES**

| TRAVEL $20.00 | SERVICES $10.00 | TOTAL $30.00 |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    January 20, 2010             *[signature]*
                    Date                    Signature of Server

                                            Boston, MA
                                            Address of Server

Jan 20 10 10:03a        Baker and Associates                    16175739503              p.3

Case 1:09-cv-12208-NMG   Document 16   Filed 01/20/10   Page 5 of 11
Case 1:09-cv-12208-NMG   Document 5   Filed 12/30/2009   Page 5 of 11

# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

HIGHSTEPPIN' PRODUCTIONS, LLC,

V.       SUMMONS IN A CIVIL CASE

GEORGE PORTER JR., ET AL.,

CASE NUMBER: 1:09-CV-12208-NMG

TO: (Name and address of Defendant)

> Cabbage Alley Music
> 7750 Sunset Blvd.
> Los Angeles, CA 90046

YOU ARE HEREBY SUMMONED and required to serve on

> Jeffrey S. Baker, Esq.
> Baker & Associates, P.C.
> Two West Hill Place, Suite 100
> Boston, MA 02114

an answer to the complaint which is served on you with this summons, within 21 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

SARAH ALLISON THORNTON
CLERK

/s/ – Mary Cummings
(By) DEPUTY CLERK



ISSUED ON 2009-12-30 10:38:00.0, Clerk
USDC DMA

Jan 20 10 10:03a    Baker and Associates                         16175739503           p.4
Case 1:09-cv-12208-NMG Document 16 Filed 01/20/10 Page 6 of 11
Case 1:09-cv-12208-NMG Document 5 Filed 12/30/2009 Page 2 of 2

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | January 14, 2010 |

| NAME OF SERVER *(PRINT)* | TITLE |
|---|---|
| Denise A. LaPointe. Constant Constable | Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of bode with a person of suitable age and discretion then residing therein.

☐ Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

☒ Other (specify) : Served in hand on Patricia W. Harnet, agent in charge, Secretary of the Commonwealth of Massachusetts, at 3:01 p.m. on January 14, 2010.

_____

## STATEMENT OF SERVICE FEES

| TRAVEL $20.00 | SERVICES $10.00 | TOTAL $30.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    January 20, 2010
                    Date

*Signature of Server*

Boston, MA
*Address of Server*

Jan 20 10 10:02a    Baker and Associates         16175739503        p.1

Case 1:09-cv-12208-NMG  Document 16  Filed 01/20/10  Page 7 of 11
Case 1:09-cv-12208-NMG  Document 5  Filed 12/30/2009  Page 7 of 2

# UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

HIGHSTEPPIN' PRODUCTIONS, LLC,

V.

**SUMMONS IN A CIVIL CASE**

GEORGE PORTER JR., ET AL.,

CASE NUMBER: **1:09-CV-12208-NMG**

TO:(Name and address of ~~Defendant~~) reach and apply Defendant

Elevation Group
1360 East 9th Street
Suite 850
Cleveland, OH 44114

Delivered to Massachusetts
Secretary of State

**YOU ARE HEREBY SUMMONED** and required to serve on

Jeffrey S. Baker, Esq.
Baker & Associates, P.C.
Two West Hill Place, Suite 100
Boston, MA 02114

an answer to the complaint which is served on you with this summons, within 21 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

SARAH ALLISON THORNTON
CLERK

/s/ – **Mary Cummings**
(By) DEPUTY CLERK



ISSUED ON 2009-12-30 10:38:00.0, Clerk
USDC DMA

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me (1) | DATE: January 14, 2010 |
| NAME OF SERVER (PRINT): Denise A. LaPointe, Constant Constable | TITLE: Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

☐ Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Served in hand on Patricia W. Harnet, agent in charge, Secretary of the Commonwealth of Massachusetts, at 3:01 p.m. on January 14, 2010.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| $20.00 | $0.00 | $30.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   January 20, 2010
                    Date

*Signature of Server*

Boston, MA
*Address of Server*

Jan 20 10 10:05a    Baker and Associates            16175739503            p.9

Case 1:09-cv-12208-NMG   Document 16   Filed 01/20/10   Page 9 of 11
Case 1:09-cv-12208-NMG   Document 5    Filed 12/30/2009  Page 9 of 21

# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

HIGHSTEPPIN' PRODUCTIONS, LLC.

V.                                    SUMMONS IN A CIVIL CASE

GEORGE PORTER JR., ET AL.,

CASE NUMBER: 1:09-CV-12208-NMG

TO: (Name and address of Defendant)

>  Screen Gems-Emi Music, Inc.
>  75 Ninth Avenue, 4th Floor
>  New York, New York, 10011

YOU ARE HEREBY SUMMONED and required to serve on

> Jeffrey S. Baker, Esq.
> Baker & Associates, P.C.
> Two West Hill Place, Suite 100
> Boston, MA 02114

an answer to the complaint which is served on you with this summons, within 21 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

SARAH ALLISON THORNTON
CLERK

/s/ – Mary Cummings
(By) DEPUTY CLERK



ISSUED ON 2009-12-30 10:38:00.0, Clerk
USDC DMA

Jan 20 10 10:06a    Baker and Associates                16175739503         p.10

Case 1:09-cv-12208-NMG   Document 16   Filed 01/20/10   Page 10 of 11
Case 1:09-cv-12208-NMG   Document 5    Filed 12/30/2009  Page 2 of 2

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me (1) | DATE January 14, 2010 |
|---|---|
| NAME OF SERVER (PRINT) Denise A. LaPointe, Constant Constable | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of bode with a person of suitable age and discretion then residing therein.

☐ Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Served in hand on Patricia W. Harnet, agent in charge, Secretary of the Commonwealth of Massachusetts, at 3:01 p.m. on January 14, 2010.

### STATEMENT OF SERVICE FEES

| TRAVEL $20.00 | SERVICES $10.00 | TOTAL $30.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   January 20, 2010
                    Date

Signature of Server

Boston, MA
*Address of Server*

Jan 20 10 10:07a    Baker and Associates        16175739503        p.11
01/19/2010  15:02   13378459982    PRIZE MY EYES              PAGE  03/03
Case 1:09-cv-12208-NMG   Document 16   Filed 01/20/10   Page 11 of 11

Case 1:09-cv-12208-NMG   Document 5   Filed 12/30/2009   Page 2 of 2

## RETURN OF SERVICE

Service of the Summons and complaint was made by me (1)  
DATE: 15 JAN 2010

NAME OF SERVER (PRINT): FREDERICK O. SPAID, II  
TITLE: PRIVATE INVESTIGATOR

Check one box below to indicate appropriate method of service

GEORGE PORTER, JR.

☒ Served personally upon the defendant. Place where served: 3013 PINE ST., NEW ORLEANS LOUISIANA @ 12:14 pm on 1hrs 15 JAN 2010

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

☐ Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

TRAVEL $ 133.50    SERVICES $ 75.00    TOTAL $ 208.50

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  15 JAN 2010  
Date

Signature of Server: [signature]

NTCA INVESTIGATIONS  
Address of Server  
1239B BARRAS RD.  
ST. MARTINVILLE, LA 70582  
1-888-845-9982