- On Jan 18, 2005, at 1:33 PM, stepanian wrote:
  Dear George,
- Good afternoon. I hope you're doing well today.
-
- George, I wanted to send along a quick note before seeing you at this
- weekend's big party. I don't know if you remember me, my name is Phil
- Stepanian. I'm the guy that initially asked you about playing at Dennis &
- Lora's party in Orlando. While I can't believe it's January already, I
- don't need to tell you how excited the DeLorenzos are that their big day
- has finally come!
-
- Dennis tells me that you're bringing Mark Mullins and Clarence Johnson III
- with you. Man, you gotta be kidding me!
- I'm going to have start thinking about getting married again myself!!!
-
- I know that you have worked out all the details with Dennis, but I wanted to
- drop you a line and ask if you would have a moment to spend on
- the phone before the party this weekend. I want to be sure that you have my
- contact information in case Dennis is busy and there's anything I can do for
- you. I also wanted to ask you if you would be interested in discussing a few
- marketing ideas for your bands, your upcoming CD's, etc. I own a direct
- marketing company and over the past year I have been working on a number of
- ideas with the sole objective of creating an "artist-controlled environment"
- that brings the very best to the fans.
-
- If you're available, I'd like to take you to lunch and share some of these
- ideas with you. I am planning to vacation in Orlando for the week, before
- heading to Lake Worth for your shows at the Bamboo Room next weekend.



EXHIBIT A

- Please give me a call at your convenience, or if you prefer, drop me a line
- with your number and the best time to call. I can be reached on my cell
- phone at (617) 513-7996 anytime.
-
- George, I know everyone is really looking forward to seeing you this
- weekend. I hope we have the chance to speak soon.
-
- Be well,
-
- Phil Stepanian
-