STATE OF LOUISIANA
PARISH OF ORLEANS

## AFFIDAVIT

Before me, the undersigned authority, **Andrew C. Abrams**, Notary Public, personally came and appeared:

I, GREGORY EVELIINE, who after being duly sworn, deposed as follows:

I, GREGORY EVELINE of sound mind acknowledge and understand that any intentional falsification of information I am about to provide shall subject me to penalties for the crime of perjury and false swearing.

I HEREBY AFFIRM AND ATTEST that my name is GREGORY EVELINE, and that I presently reside at 5811 Tchoupitoulas St., New Orleans, LA 70115

I HEREBY FURTHER AFFIRM AND ATTEST that I represented George Porter, Brian Stoltz and Russell Baptiste aka PBS in their negotiation with Highsteppin Productions LLC regarding their Management Agreement with Highsteppin Productions LLC. I have read Highsteppin Productions, LLC Petition.

I HEREBY FURTHER AFFIRM AND ATTEST that several changes were made to the Management Agreement (the subject matter of the lawsuit) between my clients and HighSteppin' Productions, LLC. One of which was paragraph 14 which dealt with venue and jurisdiction. The venue and jurisdiction sections relative to Boston, MA were specifically deleted from the Management Agreement.

I HEREBY FURTHER AFFIRM AND ATTEST, that on or about May 8 the, 2006, George Porter, Brian Stoltz, and Phil Stepanian from Highsteppin Productions, LLC, came to my office located at 7735 Maple St., New Orleans, LA 70115 and signed the Management Agreement. The Plaintiff's Petition states that the contracts were signed in Boston, which is incorrect; they were signed in New Orleans at my office.

I HEREBY FURTHER AFFIRM AND ATTEST, that I am an attorney licensed in Louisiana and limit my practice to Entertainment, Copyright and Trademark matters

I HEREBY FURTHER AFFIRM AND ATTEST THAT THE ABOVE IS TRUE AND ACCURATE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

WITNESSES:

_____         _____
                                   Greg Eveline

_____

_____
Notary Public  #88840

ANDREW C. ABRAMS
NOTARY PUBLIC #88840
State of Louisiana
My Commission is for Life.

EXHIBIT
E