7/1/2006       AND 7/02/06           SATURDAY-SUNDAY
HIGH SIERRA MUSIC FESTIVAL
PLUMAS COUNTY FAIRGROUNDS
QUINCY                      CA
6000.00        **CAPACITY:**              **TIX:** TBD           **HOTEL:** NONE
FLAT GUARANTEE
PURCHASER TO PROVIDE BACKLINE
**DEPOSIT:** 3000.00      **DEPOSIT PD:**
2 SHOWS, 75-90 MINUTES LONG, STARTING @                                    10:00PM SAT, 6:00PM SUN


7/4/2006                    TUESDAY
SAFEWAY WATERFRONT BLUES FESTIVAL
TOM MC CALL WATERFRONT PARK, 1ST AND MADISON
PORTLAND                    OR
4000.00        **CAPACITY:**              **TIX:** N/A           **HOTEL:**     5 SINGLES
FLAT GUARANTEE
PURCHASER TO PROVIDE 5 SINGLE HOTEL ROOMS AND BACKLINE
**DEPOSIT:** 2000.00      **DEPOSIT PD:**


7/6/2006                    THURSDAY
KENMORE SUMMER CONCERTS
ST. EDWARD STATE PARK
KENMORE                     WA
1500.00        **CAPACITY:**              **TIX:** N/A           **HOTEL:** NONE


7/7/2006       FRIDAY
THE TRIPLE DOOR
216 UNION STREET
SEATTLE                     WA
4000.00        **CAPACITY:** 540 (270 PER  **TIX:** 25.00 ADV/ 30.00  **HOTEL:**     3 SINGLE HOTEL ROOMS AND
PLUS 85% OF GROSS GATE RECEIPTS OVER 6383.00
PURCHASER TO PROVIDE 3 SINGLE HOTEL ROOMS + BAND CONDO
**DEPOSIT:** 1000.00      **DEPOSIT PD:**
2 SHOWS, 80 MINS + ENCORE EACH, STARTING @                                 7:00PM/ 10:00PM


7/8/2006              SATURDAY
JAZZBONES
2803 6TH AVENUE
TACOMA                      WA
2500.00        **CAPACITY:** 300          **TIX:** 20.00 RSVD/ 15.00  **HOTEL:**    3 SGLS, 2 DBLS
PLUS 70% OF GROSS GATE RECEIPTS OVER 3500.00
PURCHASER TO PROVIDE 5 HOTEL ROOMS
**DEPOSIT:** 500.00       **DEPOSIT PD:**
2 SETS, 75 MINUTES EACH, STARTING @                                        9:00PM


67/9/2006                                                                  SUNDAY
LES SCHWAB AMPHITHEATRE
545 SW POWERHOUSE DRIVE
BEND                        OR
2500.00        **CAPACITY:** 8000         **TIX:** 0.00          **HOTEL:**     3 SGLS, 2 DBLS
FLAT GUARANTEE
PURCHASER TO PROVIDE 5 HOTEL ROOMS
**DEPOSIT:** 500.00       **DEPOSIT PD:**
2 SETS, 50 MINUTES EACH, STARTING @                                        2:30PM


7/11/2006      TUESDAY
THE KNOTTY PINE
58 S. MAIN STREET
VICTOR                      ID
3000.00        **CAPACITY:** 290          **TIX:** 18.00         **HOTEL:**     3 SGLS, 2 DBLS
PLUS 80% OF GROSS GATE RECEIPTS OVER 3600.00
PURCHASER TO PROVIDE 5 HOTEL ROOMS
**DEPOSIT:** 500.00       **DEPOSIT PD:**
2 SETS, 75 MINUTES EACH, STARTING @                                        10:00PM


7/12/2006                   WEDNESDAY
THE OTHER SIDE
1805 REGENT
MISSOULA                    MT
1250.00        **CAPACITY:** 350          **TIX:** 12.00         **HOTEL:**     3 SINGLES AND 2 DOUBLES
PLUS 80% OF GORSS GATE RECEIPTS OVER 2628.00
PURCHASER TO PROVIDE 5 HOTEL ROOMS
**DEPOSIT:** 250.00       **DEPOSIT PD:**
2 SETS, 75 MINUTES EACH, STARTING @                                        10:00PM


7/13/2006                   THURSDAY
CHARLIE'S PLACE
HWY 89- MILE MARKER 32
BABB                        MT
2000.00        **CAPACITY:** 500          **TIX:** TBD           **HOTEL:**     3 SGLS, 2 DBLS

PLUS BONUS TBD
PURCHASER TO PROIVDE 5 HOTEL ROOMS
**DEPOSIT:** 500.00           **DEPOSIT PD:**
2 SETS, 75 MINUTES EACH, STARTING @                                                              TBD


7/14/2006                                        FRIDAY
MT. HELENA MUSIC FEST
WOMENS PARK - NEIL AVENUE
HELENA                          MT
3500.00           **CAPACITY:**              **TIX:** TBD              **HOTEL:**      5 SINGLES
FLAT GUARANTEE
PURCHASER TO PROVIDE 5 SINGLE HOTEL ROOMS
**DEPOSIT:** 1750.00         **DEPOSIT PD:**
1 SET, 90 MINUTES LONG, STARTING @                                                          9:00 PM


7/15/2006                                        SATURDAY
FLANAGANS CENTRAL STATION
100 CENTRAL AVENUE
WHITEFISH                       MT
2200.00           **CAPACITY:** 350      **TIX:** 15.00           **HOTEL:**     3 SGLS, 2 DBLS
PLUS 80% OF GROSS GATE RECEIPTS OVER 3100.00
PURCHASER TO PROVIDE 5 HOTEL ROOMS
**DEPOSIT:** 600.00          **DEPOSIT PD:**

7/16/2006                                        SUNDAY
WINTHROP RHYTHM & BLUES FESTIVAL
BLUES RANCH, 120 HIGHWAY 20
WINTHROP                        WA
4000.00           **CAPACITY:**              **TIX:** TBD              **HOTEL:**      5 SINGLES
FLAT GUARANTEE
PURCHASER TO PROVIDE 5 SINGLE HOTEL ROOMS
**DEPOSIT:** 2000.00         **DEPOSIT PD:** 2000.00
1 SET, 90 MINUTES LONG, STARTING @                                                          5:00PM


7/29/2006                                        SATURDAY
PRIVATE EVENT (DO NOT ADVERTISE)
BLACK SHEEP FAMILY REUNION - TIDEWATER FALLS-
TIDEWATER                       OR
3000.00           **CAPACITY:**              **TIX:** N/A              **HOTEL:**      5 SINGLES
FLAT GUARANTEE
PURCHASER TO PROVIDE HOTEL ROOMS, UP TO 5 AIRFARES, GROUND TRANSPORTATION, BACKLINE
**DEPOSIT:** 1500.00         **DEPOSIT PD:** 1500.00
2 SETS, 75 MINUTES EACH, STARTING @                                                       10:00PM



8/19/2006                                        SATURDAY
MOTHERS BOOZE CRUISE
THE BLACK EYED SUSAN
BALTIMORE,                      MD
2000.00           **CAPACITY:**              **TIX:**                  **HOTEL:** NONE
 **DEPOSIT:**     500.00              **DEPOSIT PD:**
TWO SETS, 70 MINUTES EACH, STARTING @                                                      TBD



8/21/2006       &8/22/06                MONDAY&TUESDAY
CHICKEN BOX
14 DAVE STREET
NANTUCKET                       MA
6000.00           **CAPACITY:**              **TIX:** 15.00           **HOTEL:**      FIVE SGL.S

 HOTELS( 5 SGL.S)GROUND TRANSPORTATION PROVIDED BY PURCHASER
**DEPOSIT:** 1500.00         **DEPOSIT PD:**
2 SETS 75 MINUTES EACH                                                                      10:00

 Friday, May 19, 2006
8/23/2006                                        WEDNESDAY
 THE STONE CHURCH
 5 GRANITE ST.
 NEWMARKET                      NH
2250.00           **CAPACITY:** 220      **TIX:** 20.00/25.00       **HOTEL:**      5 SGL.S
 PLUS 75% OF GROSS GATE RECEIPTS OVER 2750.00
 HOTELS( 5 SGL.S) PROVIDED BY PURCHASER
**DEPOSIT:** 500.00          **DEPOSIT PD:**
 2 SETS 75 MINUTES EACH                                                                     TBD

8/24/2006            THURSDAY
 NARROWS CENTER FOR THE ARTS
 16 ANAWAN ST
 FALL RIVER                     MA

2500.00 **CAPACITY:** 40 **TIX:** 20.00/23.00 **HOTEL:** 5 SGLS
PLUS 70& OF GROSS GATE RECEIPTS OVER 4800.00
HOTELS( 5 SGL.S) PROVIDED BY PURCHASER
**DEPOSIT:** 500.00   **DEPOSIT PD:**
2 SETS 75 MINUTES EACH                                                                                                   TBD


8/26/2006                                       SATURDAY
B.B. KING BLUES CLUB & GRILL
243 WEST 42ND STREET
NEW YORK CITY                   NY
4500.00 **CAPACITY:** 1000 **TIX:** 15.50/19.00 **HOTEL:** NONE
PLUS 70% OF GROSS GATE RECEIPTS OVER 14500.00
BACKLINE PROVIDED BY PURCHASER
**DEPOSIT:** 500.00   **DEPOSIT PD:**
1 SET, 90 MINUTES, STARTING @


9/21/2006                                       THURSDAY
THE ORANGE PEEL
101 BILTMORE AVENUE
ASHEVILLE                        NC
2000.00 **CAPACITY:** 942 **TIX:** 14.00 & 16.00 **HOTEL:** NONE
PLUS 40% OF GROSS RECEIPTS OVER 8510.00


**DEPOSIT:** 500.00   **DEPOSIT PD:**
TWO SETS, 75 MINUTES EACH, STARTING @                                                10:00
**CONTACT PHONE:**  828-242-2810 NATHAN MILLER
**VENUE PHONE #:**  828-299-9532
   **MAIL TO:**   PAT WHALEN                                  **EMAIL:**  pat@theorangepeel.net
                  THE ORANGE PEEL
                  101 BILTMORE AVENUE          **FAX:**
                  ASHEVILLE, NC 28801


9/22/2006                                       FRIDAY
THE LYRIC THEATRE
135 COLLEGE AVENUE
BLACKSBURG                       VA
2000.00 **CAPACITY:** 475 **TIX:** 18.00 **HOTEL:**          3 SNGL/1DBL
PLUS 40% OF FGROSS RECEIPTS OVER EXPENSES (EST 10160.00)


**DEPOSIT:** 500.00   **DEPOSIT PD:**
TWO SETS, 75 MINUTES EACH, STARTING @                                                TBD
**CONTACT PHONE:**  540-343-2624 ext 215
**VENUE PHONE #:**  540-951-4771
   **MAIL TO:**   DYLAN LOCKE                                 **EMAIL:**  info@dlpconcerts.com
                  DLP CONCERTS
                  PO BOX 173                   **FAX:**
                  FLOYD, VA 24091


9/23/2006                                       SATURDAY
TERRAPIN HILL HARVEST FESTIVAL
FESTIVAL GROUNDS
HARRODSBURG                      KY
3000.00 **CAPACITY:**    **TIX:**      **HOTEL:**            5 SINGLES
FLAT GUARANTEE


**DEPOSIT:** 1000.00   **DEPOSIT PD:**
ONE SET, 90 MINUTES, STATING @                                                       TBD
**CONTACT PHONE:**  502-599-7636
**VENUE PHONE #:**  502-599-7636
   **MAIL TO:**   MYRON KOCH                                  **EMAIL:**  myron@peaksummit.com
                  TOP OF THE NOB PRODUCTIONS, LLC
                  4310 RUBY LANE               **FAX:**
                  LOUISVILLE, KY 40207


9/27/2006                                                                             WEDNESDAY
THE POUR HOUSE
1977 MAYBANK HWY
CHARLESTON                       SC
1750.00 **CAPACITY:** 120 **TIX:** 15.00 **HOTEL:**           5 SINGLES
PLUS 80% OF GROSS RECEIPTS OVER 2500.00


**DEPOSIT:** 750.00   **DEPOSIT PD:**
TWO SETS, 70 MINUTES EACH, STARTING @                                                10:30
**CONTACT PHONE:**  843-571-4343
**VENUE PHONE #:**  843-571-4343
   **MAIL TO:**   ALEX HARRIS                                 **EMAIL:**  alex@charlestonpourhouse.com
                  THE POUR HOUSE
                  1977 MAYBANK HWY             **FAX:**  843-225-4303 (fax/office)
                  CHARLESTON, SC 29412

9/28/2006                               THURSDAY
THE POUR HOUSE
1977 MAYBANK HWY
CHARLESTON               SC
1750.00      **CAPACITY:**   120         **TIX:**   15.00         **HOTEL:**      5 SINGLES
PLUS 80% OF GROSS RECEIPTS OVER 2500.00
**DEPOSIT:**       750.00       **DEPOSIT PD:**

9/30/2006                               SATURDAY
BRAGG JAM 2006
VENUE TBD
MACON                    GA
2500.00      **CAPACITY:**              **TIX:**                  **HOTEL:**      5 SINGLES
**DEPOSIT:**       1000.00      **DEPOSIT PD:**
TWO SETS, 75 MINUTES EACH, STARTING @                                            10:00

10/8/2006                               SUNDAY
PRIVATE PARTY
THE HILTON HOTEL
PONCE                    PUERTO
4750.00      **CAPACITY:**              **TIX:**                  **HOTEL:**      4 SINGLES
FLAT GUARANTEE
AIRFARE FOR 4, BACKLINE, GROUND TRANS, MEALS, ROOMS FOR 1 ADDITIONAL NIGHT
**DEPOSIT:** 1750.00         **DEPOSIT PD:** 1750.00
TWO SETS, 90 MINUTES EACH, STARTING @

10/19/2006                              THURSDAY
THE 8X10 CLUB
8-10 E. CROSS STREET
BALTIMORE                MD
1500.00      **CAPACITY:**   425         **TIX:**  17.00 & 20.00  **HOTEL:**   NONE
VERSUS 50% OF GROSS RECEIPTS AFTER 150.00

**DEPOSIT:** 500.00          **DEPOSIT PD:**
TWO SETS, 75 MINUTES EACH, STARTING @

10/20/2006                              FRIDAY
MEXICALI BLUES
1409 QUEEN ANNE ROAD
TEANECK                  NJ
3200.00      **CAPACITY:**   300         **TIX:** 20.00           **HOTEL:**   NONE
VERSUS 80% OF GROSS GATE RECEIPTS

**DEPOSIT:** 500.00          **DEPOSIT PD:**
2 SETS, 75 MINUTES EACH, STARTING @                                              TBD

10/21/2006                              SATURDAY
OLD DOMINION BAYOU AND BLUES FESTIVAL
CLASSIC AMPHITHEATRE
RICHMOND                 VA
4000.00      **CAPACITY:**              **TIX:**                  **HOTEL:**   5 SINGLES  **DEPOSIT:**      1000.00   **DEPOSIT PD:**


11/11/2006                              SATURDAY
DOWN ON THE FARM FESTIVAL
SPANISH MOSS FARM
QUINCY                   FL
3500.00      **CAPACITY:**              **TIX:**                  **HOTEL:**      5 SINGLES
FLAT GUARANTEE

**DEPOSIT:** 1000.00         **DEPOSIT PD:**
ONE SET, 90 MINUTES, STARTING @                                                  TBD


**2007**


3/13/2007                               TUESDAY
SHERPA AND YETIS
320 S. MAIN
BRECKENRIDGE             CO
2000.00      **CAPACITY:**   325         **TIX:** 12.00 ADV/ 15.00  **HOTEL:**    5 SINGLES
PLUS 85% OF GROSS GATE RECEIPTS OVER 4600.00
PURCHASER TO PROVIDE 5 SINGLE HOTEL ROOMS
**DEPOSIT:** 500.00          **DEPOSIT PD:**
2 SETS, 75 MINUTES EACH, STARTING @                                              10:00PM


3/14/2007                               WEDNESDAY

FOX THEATRE
1135 13TH STREET
BOULDER                          CO
1750.00         **CAPACITY:** 625         **TIX:** 13.00 ADV/ 15.00    **HOTEL:** NONE
PLUS 85% OF GROSS GATE RECEIPTS OVER 5980.00

**DEPOSIT:** 350.00     **DEPOSIT PD:** 350.00
2 SETS, 75 MINUTES EACH, STARTING @                                             TBD


3/15/2007    REISSUE- TERMS CHANGE    THURSDAY
CERVANTES MASTERPIECE BALLROOM
2637 WELTON ST.
DENVER                           CO
4000.00         **CAPACITY:** 750         **TIX:** 20.00         **HOTEL:**        5 SINGLES
PLUS $1000.00 BONUS @ 500 TICKETS SOLD
PURCHASER TO PROVIDE 5 SINGLE HOTEL ROOMS
**DEPOSIT:** 1000.00    **DEPOSIT PD:**
2 SETS, 75 MINUTES EACH, STARTING @                                             10:00PM

3/16/2007                        FRIDAY
MT CRESTED BUTTE CONFERENCE CENTER
MT CRESTED BUTTE MOUNTAIN RESORT
MT CRESTED BUTTE                 CO
2500.00         **CAPACITY:** 790         **TIX:** TBD           **HOTEL:**        5 SINGLES
FLAT GUARANTEE
PURCHASER TO PROVIDE 5 HOTEL ROOMS
**DEPOSIT:** 500.00     **DEPOSIT PD:**
1 SET, 90 MINUTES LONG, STARTING @                                              TBD


3/17/2007                        SATURDAY
SHERIDAN OPERA HOUSE
110 NORTH OAK STREET
TELLURIDE                        CO
3000.00         **CAPACITY:** 238         **TIX:** TBD           **HOTEL:**        5 SINGLES
FLAT GUARANTEE
PURCHASER TO PROVIDE HOTEL ROOMS
**DEPOSIT:** 1500.00    **DEPOSIT PD:** 1500.00
2 SETS, 75 MINUTES EACH, STARTING @                                             10:00PM


3/18/2007                        SUNDAY
BELLY UP ASPEN
450 S. GALENA STREET
ASPEN                            CO
1500.00         **CAPACITY:** 450         **TIX:** 15.00         **HOTEL:**        5 SINGLES
PLUS 80% OF GROSS GATE RECEIPTS OVER 4900.00
PURCHASER TO PROVIDE 5 SINGLE HOTEL ROOMS, BACKLINE AS NEEDED
**DEPOSIT:** 150.00     **DEPOSIT PD:** 2 SETS, 60 MINUTES EACH, STARTING @


3/23/2007                        FRIDAY
SAVANNAH MUSIC FESTIVAL
ORLEANS HALL
SAVANNAH,                        GA
3500.00         **CAPACITY:**              **TIX:**              **HOTEL:**        5 SINGLES
FLAT GUARANTEE
BACKLINE IF NECESSARY
**DEPOSIT:** 1500.00    **DEPOSIT PD:**
TWO SETS, 90 MINUTES EACH, STARTING @



3/24/2007                        SATURDAY
THE POUR HOUSE
1977 MAYBANK HWY
CHARLESTON                       SC
1750.00         **CAPACITY:** 120         **TIX:** 15.00         **HOTEL:**        5 SINGLES
PLUS 80% OF GROSS RECEIPTS OVER 2500.00**DEPOSIT:** 750.00     **DEPOSIT PD:**
TWO SETS, 70 MINUTES EACH, STARTING @                                           10:30

4/12/2007            THURSDAY
GEORGE STREET GROCERY
416 GEORGE STREET
JACKSON,                         MS
1200.00         **CAPACITY:** 350         **TIX:** 12.00         **HOTEL:**        5 SINGLES
PLUS 80% OF GROSS RECEIPTS OVER 1700.00 **DEPOSIT:** 200.00    **DEPOSIT PD:**
TWO SETS, 75 MINUTES EACH, STARTING @                                           10:00


4/13/2007                        FRIDAY
EXIT INN

2208 ELLISTON PLACE
NASHVILLE                    TN
2500.00        **CAPACITY:** 450        **TIX:** 10.00 & 12.00        **HOTEL:** NONE
PLUS 90% OF GROSS RECEIPTS OVER 3982.00
**DEPOSIT:**      500.00        **DEPOSIT PD:**
TWO SETS, 75 MINUTES EACH, STARTING @                    10:00


4/14/2007                        SATURDAY
ZYDECO'S
2001 15TH AVENUE SOUTH
BIRMINGHAM                    AL
2500.00        **CAPACITY:** 550        **TIX:** 10.00 & 12.00        **HOTEL:** NONE
PLUS 90% OF GROSS RECEIPTS OVER 3982.00   **DEPOSIT:**      500.00   **DEPOSIT PD:**
TWO SETS, 75 MINUTES EACH, STARTING @                    10:00


4/29/2007                        SUNDAY
THE HOWLIN WOLF
907 S. PETERS AVENUE
NEW ORLEANS                    LA
4300.00        **CAPACITY:** 1000        **TIX:**        **HOTEL:** NONE
FLAT GUARANTEE

**DEPOSIT:** 2000.00        **DEPOSIT PD:** TWO SETS, 75 MINUTES EACH, STARTING @


5/12/2007                        SATURDAY
PRIVATE WEDDING
GULF PLACE
SANTA ROSA BEACH            FL
5000.00        **CAPACITY:**        **TIX:**        **HOTEL:**        5 SINGLES
FLAT GUARANTEE**DEPOSIT:**        2000.00    **DEPOSIT PD:**        2000.00


5/26/2007                        SATURDAY
THE TORRA ROSA
ST. AUGUSTINE GREEN
ROSEMARY BEACH            FL
4200.00        **CAPACITY:**        **TIX:**        **HOTEL:**        5 SINGLES
FLAT GUARANTEE **DEPOSIT:**        1700.00   **DEPOSIT PD:**
TWO SETS, 75 MINUTES, STARTING @                        7:00

7/13/2007                                    FRIDAY
ALLGOOD MUSIC FESTIVAL
MARVIN'S MOUNTAINTOP
MASONTOWN                    WV
4000.00        **CAPACITY:**        **TIX:**        **HOTEL:**        5 SINGLES **DEPOSIT:**        2000.00   **DEPOSIT PD:**
ONE SET, 60 MINUTES, STARTING @                    4:20


7/19/2007                        THURSDAY
B.B. KING BLUES CLUB & GRILL
243 WEST 42ND STREET
NEW YORK CITY            NY
4500.00        **CAPACITY:** 1000        **TIX:** 16.00/19.00        **HOTEL:** NONE
PLUS 70% OF GROSS GATE RECEIPTS OVER 14500.00 **DEPOSIT:**        450.00   **DEPOSIT PD:**

7/20/2007                        FRIDAY
THE STONE CHURCH
5 GRANITE ST.
NEWMARKET                NH
2250.00        **CAPACITY:** 220        **TIX:** 20.00/25.00        **HOTEL:**        5 SGL.S
PLUS 75% OF GROSS GATE RECEIPTS OVER 3250.00
HOTELS( 5 SGL.S) PROVIDED BY PURCHASER
**DEPOSIT:** 500.00        **DEPOSIT PD:** 500.00
2 SETS, 75 MINUTES EACH, STARTING @                    TBD


7/21/2007                        FRIDAY
NARROWS CENTER FOR THE ARTS
16 ANAWAN ST
FALL RIVER                MA
2000.00        **CAPACITY:** 240        **TIX:** 20.00/23.00        **HOTEL:**        5 SGL.S
PLUS 70& OF GROSS GATE RECEIPTS OVER 4200.00
HOTELS( 5 SGL.S) PROVIDED BY PURCHASER
**DEPOSIT:** 500.00        **DEPOSIT PD:**
2 SETS, 75 MINUTES EACH, STARTING @                    TBD


7/23/2007    & 7/24/07            MONDAY&TUESDAY
CHICKEN BOX
14 DAVE STREET

NANTUCKET                           MA
6000.00      **CAPACITY:**       **TIX:** 15.00        **HOTEL:**      FIVE SGL.S
**FLAT GUARANTEE**
HOTELS (5 SGLS) GROUND TRANSPORTATION PROVIDED BY PURCHASER
**DEPOSIT:** 1500.00    **DEPOSIT PD:**
2 SETS, 75 MINUTES EACH, STARTING @                                10:00

7/29/2007                          SUNDAY
(PRIVATE EVENT) BLACK SHEEP FAMILY REUNION
TIDEWATER FALLS- 615 TIDEWATER ROAD
TIDEWATER               OR
5000.00      **CAPACITY:**       **TIX:** N/A        **HOTEL:**      5 SINGLES
**FLAT GUARANTEE**
PURCHASER TO PROVIDE UP TO 5 HOTEL ROOMS, GROUND TRANSPORTATION REIMBURSEMENT, BACKLINE
**DEPOSIT:** 2500.00    **DEPOSIT PD:** 2500.00
2 SETS, 75 MINUTES EACH, STARTING @                                9:00PM

8/17/2007                          FRIDAY
12 GALAXIES
2565 MISSION STREET
SAN FRANCISCO           CA
4000.00      **CAPACITY:** 500   **TIX:** 20.00 ADV/ 23.00   **HOTEL:**   5 SINGLES
PLUS 80% OF GROSS GATE RECEIPTS OVER 5700.00
PURCHASE ROT PROVIDE HOTEL ROOMS
**DEPOSIT:** 1000.00    **DEPOSIT PD:**

8/18/2007         SATURDAY
BREWS, JAZZ & FUNK - VILLAGE AT SQUAW VALLEY
1985 SQUAW VALLEY ROAD
OLYMPIC VALLEY          CA
5000.00      **CAPACITY:** N/A   **TIX:** N/A        **HOTEL:**      5 SINGLES
**FLAT GUARANTEE**
PURCHASER TO PROVIDE HOTEL AND BACKLINE
**DEPOSIT:** 2500.00    **DEPOSIT PD:**
1 SET, 90 MINUTES LONG, STARTING @                                 6:00PM

8/19/2007                          SUNDAY
BREWS, JAZZ & FUNK - VILLAGE AT SQUAW VALLEY
1985 SQUAW VALLEY ROAD
OLYMPIC VALLEY          CA
3000.00      **CAPACITY:** N/A   **TIX:** N/A        **HOTEL:**      5 SINGLES
**FLAT GUARANTEE**
PURCHASER TO PROVIDE HOTEL AND BACKLINE
**DEPOSIT:** 1500.00    **DEPOSIT PD:** 1500.00
1 SET, 90 MINUTES LONG, STARTING @

8/24/2007                          FRIDAY
THE ELDO
215 ELK AVENUE
CRESTED BUTTE           CO
1500.00      **CAPACITY:** 200   **TIX:** 12.00      **HOTEL:**      5 SINGLES
PLUS 80% OF GROSS RECEIPTS OVER 2000.00

**DEPOSIT:** 500.00     **DEPOSIT PD:**
TWO SETS, 75 MINUTES EACH, STARTING @                              10:00

8/25/2007         SATRURDAY
7TH ANNUAL NEDERLAND MUSIC & ARTS FESTIVAL
JEFF GUERCIO MEMORIAL BASEBALL FIELD
NEDERLAND               CO
5000.00      **CAPACITY:** 2000  **TIX:** TBD        **HOTEL:** NONE
**FLAT GUARANTEE**

**DEPOSIT:** 2500.00    **DEPOSIT PD:**
1 SET, 120 MINUTES LONG, STARTING @                                8:00PM


8/30/2007                          THURSDAY
PANAMA CITY BEACH CONCERT SERIES
PIER PARK
PANAMA CITY BEACH       FL
2500.00      **CAPACITY:**       **TIX:**            **HOTEL:**      5 SINGLES
**FLAT GUARANTEE**

**DEPOSIT:** 1500.00    **DEPOSIT PD:** 1500.00
ONE SET, 120 MINUTES, STARTING @                                   7:00

8/31/2007    & 9/1/2007            FRIDAY & SATURDAY
THE BAMBOO ROOM
25 SOUTH "J" STREET
LAKE WORTH              FL

6000.00   **CAPACITY:** 300   **TIX:**   **HOTEL:**   5 SINGLES PER NIGHT
FLAT GUARANTEE **DEPOSIT:** 2000.00   **DEPOSIT PD:**
TWO SETS, 75 MIUTES EACH, STARTING @


9/7/2007                               FRIDAY
HI-TONE CAFÉ
1913 POPLAR AVENUE
MEMPHIS                       TN
% OF DOOR   **CAPACITY:** 400   **TIX:** 12.00 & 15.00   **HOTEL:** NONE
80% OF GROSS RECEIPTS
TWO SETS, 75 MINUTES EACH, STARTING @                                         10:30


9/8/2007                               SATURDAY
GEORGE'S MAJESTIC LOUNGE
519 WEST DICKSON ST.
FAYETTEVILLE                  AR
3000.00   **CAPACITY:** 600   **TIX:**   **HOTEL:**   3 SNGL/1DBL
FLAT GUARANTEE **DEPOSIT:**   1000.00   **DEPOSIT PD:**   1000.00
ONE SET, 90 MINUTES, STARTING @                                              8:30

9/16/2007                              SUNDAY
THE PARISH
214 E. 6TH STREET
AUSTIN                        TX
3000.00   **CAPACITY:** 300   **TIX:**   **HOTEL:**   5 SINGLES
FLAT GUARANTEE
BACKLINE, GROUND TRANSPORTATION AND HOSPITALITY
**DEPOSIT:** 1000.00   **DEPOSIT PD:**
TWO SETS, 75 MINUTES EACH, STARTNG @                                         11:00


9/28/2007                              FRIDAY
SKIPPERS SMOKEHOUSE
910 SKIPPER ROAD
TAMPA                         FL
1750.00   **CAPACITY:** 600   **TIX:** 15.00 & 18.00   **HOTEL:**   3 SNGL/1DBL
PLUS 35% OF GROSS RECEIPTS OVER 5000.00

**DEPOSIT:** 250.00   **DEPOSIT PD:**
TWO SETS, 60 MINUTES EACH, STARTING @                                        9:30 & 11:00


9/29/2007                              SATURDAY
HOLLYWOOD BEACH CLAMBAKE FESTIVAL
BEACH FRONT
HOLLYWOOD                     FL
4000.00   **CAPACITY:**   **TIX:**   **HOTEL:**   5 SINGLES
FLAT GUARANTEE **DEPOSIT:**   2000.00   **DEPOSIT PD:**
TWO SETS, 1-45 AND 1-90, STARTING @                                          3:00 & 7:00

10/12/2007                             FRIDAY
CHELSEA'S CAFÉ
2857 PERKINS ROAD
BATON ROUGE                   LA
2000.00   **CAPACITY:** 400   **TIX:** 10.00   **HOTEL:** NONE
PLUS 80% OF GROSS RECEIPTS OVER 2500.00

**DEPOSIT:**   500.00   **DEPOSIT PD:**
TWO SETS, 75 MINUTES EACH, STARTING @                                        10:00


10/27/2007                             SATURDAY
VOODOO MUSIC EXPERIENCE
THE SUPERDOME
NEW ORLEANS                   LA
2000.00   **CAPACITY:**   **TIX:**   **HOTEL:** NONE
FLAT GUARANTEE

**DEPOSIT:** 500.00   **DEPOSIT PD:**
ONE SET, 75 MINUTES, STARTING @                                              TBD


11/2/2007                              FRIDAY
CLUB METRONOME
188 MAIN ST
BURLINGTON                    VT
1250.00   **CAPACITY:** 250   **TIX:** 8.00/10.00   **HOTEL:** NONE
PLUS 75% OF GROSS GATE RECEIPTS OVER 1700.00

11/3/2007                        SATURDAY
PRIVATE
165 PERRY STREET
NEW YORK                    NY
6500.00          **CAPACITY:**          **TIX:** NA              **HOTEL:**            5 SGL.S
FLAT GUARANTEE
HOTELS(5 SINGLES) AND PA SYSTEM PROVIDED BY PURCHASER
**DEPOSIT:** 3250.00      **DEPOSIT PD:** 3250.00
2 SETS, 75 MINUTES EACH, STARTING @                                                TBD


11/4/2007                        SUNDAY
THE 8X10 CLUB
8-10 E. CROSS STREET
BALTIMORE                   MD
1500.00          **CAPACITY:** 425    **TIX:** 17.00 & 20.00    **HOTEL:**            5 SINGLES
PLUS 80% OF GROSS RECEIPTS OVER 3500.00 **DEPOSIT:** 500.00  **DEPOSIT PD:**
TWO SETS, 75 MINUTES EACH, STARTING @                                              8:00


11/5/2007                        MONDAY
THE JEWISH MOTHER
3108 ATLANTIC AVENUE
VIRGINIA BEACH              VA
% OF DOOR        **CAPACITY:** 331    **TIX:** 10.00 & 12.00    **HOTEL:** NONE
80% OF GROSS RECEIPTS   **DEPOSIT:**         **DEPOSIT PD:**
TWO SETS, 75 MINUTES EACH, STARTING @


11/6/2007               TUESDAY
OUTER BANKS BREWING STATION
600 S. CROATAN HIGHWAY
KILL DEVIL HILLS            NC
80% OF           **CAPACITY:** 300    **TIX:** 12.00            **HOTEL:**
80% OF GROSS RECEIPTS
PURCHASER WILL PROVIDE HOUSING FOR 2 NIGHTS
**DEPOSIT:** 0.00           **DEPOSIT PD:**
2 SETS, 75 MINUTES, STARTING @                                                     9:00


11/7/2007                        WEDNESDAY
CAPITAL ALE HOUSE - MUSIC HALL
623 E. MAIN STREET
RICHMOND                    VA
1200.00          **CAPACITY:** 300    **TIX:** 15.00            **HOTEL:** NONE
PLUS 80% OF GROSS RECEIPTS OVER 1700.00


11/8/2007                        THURSDAY
202 MARKET
202 MARKET SQUARE
ROANOKE                     VA
1000.00          **CAPACITY:** 250    **TIX:** 15.00            **HOTEL:** NONE
VERSUS 100% OF GROSS GATE RECEIPTS **DEPOSIT:**      200.00   **DEPOSIT PD:**
2 SETS, 75 MINUTES, STARTING @


11/9/2007                        FRIDAY
THE GARAGE @ THE BILTMORE
101 FAIRVIEW ROAD SUITE B
ASHEVILLE                   NC
1500.00          **CAPACITY:** 220    **TIX:** 15.00            **HOTEL:**            3 SINGLES/1 DBL
PLUS 80% OF GROSS RECEIPTS AFTER 2000.00 **DEPOSIT:**    500.00   **DEPOSIT PD:**
TWO SETS, 75 MINUTES EACH, STARTING @                                              10:00


11/10/2007                       SATURDAY
THE DOUBLE DOOR INN
218 E. INDEPENDENCE BLVD.
CHARLOTTE                   NC
1500.00          **CAPACITY:** 200    **TIX:** 15.00            **HOTEL:**            3 SNGLS/1 DBLE
PLUS 80% OF GROSS RECEIPTS OVER 2000.00

**DEPOSIT:**              **DEPOSIT PD:**
TWO SETS, 75 MINUTES EACH, STARTING @


11/17/2007                       SATURDAY
BEAR CREEK MUSIC & ARTS FESTIVAL
THE PONDEROSA
QUINCY                      FL
3500.00          **CAPACITY:**        **TIX:**                  **HOTEL:**            5 SINGLES
FLAT GUARANTEE **DEPOSIT:**       1500.00    **DEPOSIT PD:**
ONE SET, 90 MINUTES, STARTING @                                                    TBD


11/23/2007                       FRIDAY

CERVANTES MASTERPIECE BALLROOM
2637 WELTON ST.
DENVER                            CO
3000.00        **CAPACITY:** 750        **TIX:** 17.00 ADV/ 20.00   **HOTEL:**      5 SINGLES
PLUS 40% OF GROSS GATE RECEIPTS OVER 7500.00
PURCHASER TO PROVIDE ROOMS, BACKLINE, GROUND TRANSPORTATION
**DEPOSIT:** 600.00        **DEPOSIT PD:**
2 SETS, 60 MINUTES EACH, STARTING @                                          TBD


11/24/2007                          SATURDAY
CERVANTES MASTERPIECE BALLROOM
2637 WELTON ST.
DENVER                            CO
3000.00        **CAPACITY:** 750        **TIX:** 17.00 ADV/ 20.00   **HOTEL:**      5 SINGLES
PLUS 40% OF GROSS GATE RECEIPTS OVER 7500.00
PURCHASER TO PROVIDE ROOMS, BACKLINE, GROUND TRANSPORTATION
**DEPOSIT:** 600.00        **DEPOSIT PD:**
2 SETS, 60 MINUTES EACH, STARTING @


12/28/2007                          FRIDAY
NORTH STAR BAR
2639 WEST POPLAR
PHILADELPHIA             PA
1000.00        **CAPACITY:** 280        **TIX:** 15.00/15.00         **HOTEL:** NONE
PLUS (85% OF GROSS GATE RECEIPTS OVER 2012.50)


11/29/2007                          THURSDAY
PRIVATE EVENT
BIMBOS 365 CLUB- 1025 COLUMBUS AVENUE
SAN FRANCISCO            CA
2500.00        **CAPACITY:** 650        **TIX:** N/A           **HOTEL:**      1 SINGLE
FLAT GUARANTEE
PURCHASER TO PROVIDE ROUNDTRIP AIRFARE, BACKLINE, GROUND TRANSPORTATION, HOTEL
**DEPOSIT:** 1250.00       **DEPOSIT PD:**


12/2007                            SATURDAY
PRIVATE WEDDING
GULF PLACE
SANTA ROSA BEACH         FL
5000.00        **CAPACITY:**           **TIX:**              **HOTEL:**      5 SINGLES
FLAT GUARANTEE

**DEPOSIT:** 2000.00       **DEPOSIT PD:**
TWO SETS, 80 MINUTES EACH, STARTING @


12/31/2007                         MONDAY
THE HOWLING WOLF
907 S. PETERS STREET
NEW ORLEANS,             LA
5000.00        **CAPACITY:** 900        **TIX:**              **HOTEL:** NONE
PLUS PERCENTAGE OF DOOR AFTER VERIFIABLE EXPENSES TBD
**DEPOSIT:**                                                 2000.00    **DEPOSIT PD**

## 2008

1/31/2008                          THURSDAY
 WINSTONS
 1921 BACON ST.
SAN DIEGO                CA
1000.00        **CAPACITY:** 300        **TIX:** 12.00          **HOTEL:**      5 SINGLES
PLUS 100% OF GROSS GATE RECEIPTS OVER 1700.00
PURCHASER TO PROVIDE 5 HOTEL ROOMS
**DEPOSIT:** 200.00        **DEPOSIT PD:**


2/1/2008                           FRIDAY
ARUBA HOTEL AND SPA
1215 LAS VEGAS BLVD SOUTH
LAS VEGAS                NV
1500.00        **CAPACITY:** 300        **TIX:** 25.00          **HOTEL:**      5 SINGLES
PLUS 40% OF GROSS GATE RECEIPTS OVER 4657.00
PURCHASER TO PROVIDE HOTEL ROOMS
**DEPOSIT:** 300.00        **DEPOSIT PD:** 300.00
1 SET, 120 MINUTES LONG, STARTING @                                         10:00PM


2/2/2008                           SATURDAY
THE MINT

6010 WEST PICO BLVD
LOS ANGELES                    CA
2000.00        **CAPACITY:** 200        **TIX:** 20.00        **HOTEL:** NONE
PLUS 85% OF GROSS GATE RECEIPTS OVER 3852.50

2/5/2008                            TUESDAY
12 GALAXIES
2565 MISSION STREET
SAN FRANCISCO                  CA
4000.00        **CAPACITY:** 500        **TIX:** 20.00 ADV/ 23.00    **HOTEL:**        5 SINGLES
PLUS 80% OF GROSS GATE RECEIPTS OVER 6000.00
PURCHASE ROT PROVIDE HOTEL ROOMS


2/6/2008                            WEDNESDAY
MOE'S ALLEY
1535 COMMERCIAL WAY
SANTA CRUZ                     CA
75% OF THE     **CAPACITY:** 250        **TIX:** 15.00        **HOTEL:**
ARTIST TO RECEIVE 75% OF GROSS GATE RECEIPTS **DEPOSIT:**    0.00    **DEPOSIT PD:**
2 SETS, 75 MINUTES EACH, STARTING @                                    9:00PM


2/7/2008                            THURSDAY
RED FOX TAVERN
415 5TH STREET
EUREKA                         CA
1500.00        **CAPACITY:** 250        **TIX:** 15.00        **HOTEL:**        3 DOUBLES
PLUS $300 BONUS @ 200 TICKETS AND $450 BONUS @ 250 TICKETS
PURCHASER TO PROVIDE 3 HOTEL ROOMS
**DEPOSIT:** 300.00        **DEPOSIT PD:**
2 SETS, 75 MINUTES EACH, STARTING @                                    10:30PM


2/9/2008                            SATURDAY
WOW HALL
291 WEST 8TH AVENUE
EUGENE                         OR
80% OF THE     **CAPACITY:** 600        **TIX:** 15.00 ADV/ 18.00    **HOTEL:** NONE
ARTIST TO RECEIVE 80% OF GROSS GATE RECEIPTS AFTER $960.00 IN EXPENSES)    **DEPOSIT:**    0.00    **DEPOSIT PD:**
2 SETS, 75 MINUTES EACH, STARTING @                                    10:30PM

2/10/2008 SUNDAY
ALADDIN THEATRE
3017 SE MILWAUKEE AVENUE
PORTLAND                       OR
1500.00        **CAPACITY:** 600        **TIX:** 16.50 ADV/ 18.00    **HOTEL:** NONE    PLUS $250 BONUSES AT 400 AND 600 TICKETS SOLD


2/11/2008                           MONDAY
NECTAR LOUNGE
412 NORTH 36TH STREET
SEATTLE                        WA
80% OF THE     **CAPACITY:** 450        **TIX:** 14.00        **HOTEL:** NONE
ARTIST TO RECEIVE 80% OF GROSS GATE RECEIPTS


2/13/2008      REISSUE- VENUE CHANGE    WEDNESDAY
THE OTHER SIDE
1805 REGENT
MISSOULA                       MT
1200.00        **CAPACITY:** 350        **TIX:** 12.00        **HOTEL:**        3 DOUBLES
PLUS 85% OF GROSS GATE RECEIPTS OVER 2346.00
PURCHASER TO PROVIDE HOTEL ROOMS
**DEPOSIT:** 300.00        **DEPOSIT PD:**


2/14/2008                           THURSDAY
MANGY MOOSE SALOON
3295 W. McCOLLISTER DR.
TETON VILLAGE                  WY
2000.00        **CAPACITY:** 425        **TIX:** 15.00-18.00    **HOTEL:**        3 SINGLES, 1 DOUBLE
PLUS $250 BONUS @ 350 TIX AND $500 BONUS @ 425 TIX
PURCHASER TO PROVIDE HOTEL ROOMS
**DEPOSIT:** 400.00        **DEPOSIT PD:**
2 SETS, 60 MINUTES EACH, STARTING @                                    10:00PM


2/15/2008                           FRIDAY
MANGY MOOSE SALOON
3295 W. McCOLLISTER DR.
TETON VILLAGE                  WY
2000.00        **CAPACITY:** 425        **TIX:** 15.00-18.00    **HOTEL:**        3 SINGLES, 1 DOUBLE
PLUS $250 BONUS @ 350 TIX AND $500 BONUS @ 425 TIX
PURCHASER TO PROVIDE HOTEL ROOMS

2/17/2008                        SUNDAY
THE ELDO
215 ELK AVE
CRESTED BUTTE            CO
1200.00       **CAPACITY:** 250       **TIX:** 12.00       **HOTEL:**       3 DOUBLES
PLUS 80% OF GROSS GATE RECEIPTS OVER 2702.00 (ESTIMATED)
PURCHASER TO PROVIDE 3 HOTEL ROOM


2/19/2008                        TUESDAY
FOX THEATRE
1135 13TH STREET
BOULDER                  CO
1750.00       **CAPACITY:** 625       **TIX:** 13.00 ADV/ 15.00       **HOTEL:** NONE
PLUS 85% OF GROSS GATE RECEIPTS OVER 5980.00


2/21/2008       THURSDAY
HODIS HALF NOTE
167 N. COLLEGE AVENUE
FORT COLLINS             CO
1500.00       **CAPACITY:** 300       **TIX:** 15.00       **HOTEL:**       2 DOUBLES, 1 SINGLE
VERSUS 80% OF GROSS GATE RECEIPTS
PURCHASER TO PROVIDE 3 HOTEL ROOMS
**DEPOSIT:** 300.00       **DEPOSIT PD:**


2/22/2008                        FRIDAY
CERVANTES MASTERTPIECE BALLROOM
2637 WELTON ST.
DENVER                   CO
3000.00       **CAPACITY:** 750       **TIX:** 15.00 ADV/ 17.00       **HOTEL:**       5 SINGLES
PLUS 80% OF GROSS GATE RECEIPTS OVER 4000.00
PURCHASER TO PROVIDE HOTEL ROOMS
**DEPOSIT:** 500.00       **DEPOSIT PD:**


2/23/2008                        SATURDAY
THE STAGE STOP
60 MAIN STREET
ROLLINSVILLE             CO
2000.00       **CAPACITY:** 200       **TIX:** 15.00 ADV/ 20.00       **HOTEL:**       5 SINGLES
VERSUS 80% OF GROSS GATE RECEIPTS
PURCHASER TO PROVIDE HOTEL ROOMS
**DEPOSIT:** 400.00       **DEPOSIT PD:**
2 SETS, 75 MINUTES EACH, STARTING @                                             9:00PM


2/25/2008                        MONDAY
THE MARTINI TREE
MOUNTAIN LODGE
TAOS SKI VALLEY          NM
2000.00       **CAPACITY:** 275       **TIX:** 15.00       **HOTEL:**       5 SINGLES
FLAT GUARANTEE
PURCHASER TO PROVIDE HOTEL ROOMS
**DEPOSIT:** 400.00       **DEPOSIT PD:**


3/15/2008                        SATURDAY
TIPITINA'S UPTOWN
501 NAPOLEON AVENUE
NEW ORLEANS              LA
TBD           **CAPACITY:** 800       **TIX:** 15.00       **HOTEL:** NONE
80% OF GROSS RECEIPTS AFTER 450.00 FOR OPENER

**DEPOSIT:**          **DEPOSIT PD:**
ONE SET, 120 MINUTES, STARTING @

4/5/2008                         SATURDAY
PRIVATE WEDDING
LATROBES
NEW ORLEANS              LA
5000.00       **CAPACITY:**         **TIX:**       **HOTEL:** NONE
FLAT GUARANTEE       **DEPOSIT:**       2500.00   **DEPOSIT PD:**
TWO SETS, 75 MINUTES EACH, STARTING @                                            8:00


4/10/2008                        THURSDAY
THE TWO STICK
1107 JACKSON AVENUE EAST
OXFORD                   MS
1500.00       **CAPACITY:** 300       **TIX:** 15.00       **HOTEL:** NONE

VERSUS 80% OF GROSS RECEIPTS **DEPOSIT:** 500.00 **DEPOSIT PD:**
TWO SETS, 75 MINUTES EACH, STARTING @                                                                                                    10:00

4/11/2008                              FRIDAY
ZYDECO'S
2001 15TH AVENUE SOUTH
BIRMINGHAM                  AL
1500.00        **CAPACITY:** 550        **TIX:** 12.00        **HOTEL:** NONE
PLUS 80% OF GROSS RECEIPTS OVER 2350.00
**DEPOSIT:**         500.00      **DEPOSIT PD:**
TWO SETS, 75 MINUTES EACH, STARTING @                                      10:00

4/12/2008                              SATURDAY
WANEE FESTIVAL
MUSHROOM STAGE
LIVE OAK                    FL
3000.00        **CAPACITY:**           **TIX:**           **HOTEL:** NONE
FLAT GUARANTEE**DEPOSIT:**        1000.00    **DEPOSIT PD:**
ONE SET, 90 MINUTES, STARTING @

4/15/2008                              SATURDAY
SMITH'S OLD BAR
1578 PIEDMONT AVENUE
ATLANTA                     GA
2000.00        **CAPACITY:** 400        **TIX:** 15.00 & 18.00        **HOTEL:** NONE
PLUS 80% OF GROSS RECEIPTS OVER 3000.00   **DEPOSIT:**         5
00.00     **DEPOSIT PD:**
TWO SETS, 75 MINUTES EACH, STARTING @                                      10:30

4/17/2008                              THURSDAY
THE DOUBLE DOOR INN
218 E. INDEPENDENCE BLVD.
CHARLOTTE                   NC
1500.00        **CAPACITY:** 200        **TIX:** 15.00        **HOTEL:**        3 SNGLS/1 DBLE
PLUS 80% OF GROSS RECEIPTS OVER 2000.00

4/18/2008                              FRIDAY
THE DOUBLE DOOR INN
218 E. INDEPENDENCE BLVD.
CHARLOTTE                   NC
1500.00        **CAPACITY:** 200        **TIX:** 15.00        **HOTEL:**        3 SNGLS/1 DBLE
PLUS 80% OF GROSS RECEIPTS OVER 2000.00   **DEPOSIT:**           **DEPOSIT PD:**
TWO SETS, 75 MINUTES EACH, STARTING @                                      10:00

4/18/2008                              SATURDAY
THE POUR HOUSE
1977 MAYBANK HWY
CHARLESTON                  SC
1750.00        **CAPACITY:** 120        **TIX:** 15.00        **HOTEL:**        3 SINGLES/2 DOUBLES
PLUS 80% OF GROSS RECEIPTS OVER 2500.00
**DEPOSIT:**         750.00      **DEPOSIT PD:**
TWO SETS, 70 MINUTES EACH, STARTING @                                      10:30

4/19/2008                              SATURDAY
EARTHDAY 2008
MLK PARK
ASHEVILLE                   NC
2500.00        **CAPACITY:**           **TIX:**           **HOTEL:** NONE
FLAT GUARANTEE **DEPOSIT:**        1000.00    **DEPOSIT PD:**
ONE SET, 75 MINUTES, STARTING @

4/19/2008                              SATURDAY
STELLA BLUE
31 PATTON AVENUE
ASHEVILLE                   NC
1500.00        **CAPACITY:** 500        **TIX:** 12.00 & 15.00        **HOTEL:** NONE
PLUS 80% OF GROSS RECEIPTS OVER 2500.00**DEPOSIT:** 500.00    **DEPOSIT PD:**
TWO SETS, 75 MINUTES EACH, STARTING @

4/27/2008                              SUNDAY
THE HOWLIN WOLF
907 S. PETERS AVENUE
NEW ORLEANS                 LA
3000.00        **CAPACITY:** 1000        **TIX:**           **HOTEL:** NONE
FLAT GUARANTEE
**DEPOSIT:**        2000.00    **DEPOSIT PD:**     2000.00
ONE SET, 90 MINUTES, STARTING @                                            9:00

5/1/2008                               THURSDAY

NEW ORLEANS JAZZ AND HERITAGE FESTIVAL
FAIR GROUND RACE COURSE
NEW ORLEANS             LA
7000.00        **CAPACITY:** N/A        **TIX:**            **HOTEL:** NONE
FLAT GUARANTEE        **DEPOSIT:**        3500.00   **DEPOSIT PD:**


5/2/2008                         FRIDAY
HOWLIN WOLF
828 PETERS STREET
NEW ORLEANS             LA
2500.00        **CAPACITY:** 1000        **TIX:** TBD        **HOTEL:** none
PLUS 25% OF GROSS GATE RECEIPTS AFTER VERIFIABLE EXPENSES**DEPOSIT:**        500.00        **DEPOSIT PD:**
1 SET, 90 MINUTES LONG, STARTING @

5/4/2008                         SUNDAY
THE HOWLING WOLF
907 S. PETERS STREET
NEW ORLEANS,            LA
3500.00        **CAPACITY:** 900        **TIX:** 20.00        **HOTEL:** NONE
PLUS 35% OF GROSS RECEIPTS AFTER VERIFIABLE EXPENSES**DEPOSIT:**        500.00        **DEPOSIT PD:**
ONE SET, 120 MINUTES, STARTING @                                                11:30

5/7/2008                         WEDNESDAY
WEDNESDAYS ON THE SQUARE
LAFAYETTE SQUARE
NEW ORLEANS             LA
4000.00        **CAPACITY:**            **TIX:**            **HOTEL:** NONE
FLAT GUARANTEE **DEPOSIT:**        1000.00   **DEPOSIT PD:**
ONE SET, 90 MINUTES, STARTING @

6/7/2008                                                                SATURDAY
WAKARUSA
CLINTON LAKE STATE PARK- 798 N. 1415 ROAD
LAWRENCE                KS
3000.00        **CAPACITY:** 15000        **TIX:** TBD        **HOTEL:** NONE
FLAT GUARANTEE**DEPOSIT:**        1500.00   **DEPOSIT PD:**

6/12/2008                        THURSDAY
7TH BONNAROO MUSIC FESIVAL
NEW ORLEANS STAGE
MANCHESTER              TN
4500.00        **CAPACITY:**            **TIX:**            **HOTEL:** NONE
FLAT GUARANTEE **DEPOSIT:**        1500.00   **DEPOSIT PD:**
ONE SET, 150 MINUTES, STARTING @                                        1:00(AM)   1 SET, TBD IN LENGTH, STARTING @ TBD (AFTERNOON SET)


6/21/2008                        SATURDAY
PRIVATE EVENT
TIDEWATER FALLS- 615 TIDEWATER ROAD
TIDEWATER               OR
8500.00        **CAPACITY:**            **TIX:** N/A        **HOTEL:**        HOUSE ACCOMMODATIONS FOR 5
FLAT GUARANTEE
PURCHASER TO PROVIDE ACCOMMODATIONS, BACKLINE, GROUND TRANSPORTATION
**DEPOSIT:** 4250.00        **DEPOSIT PD:** 4250.00
2 SETS, 75 MINUTES EACH, STARTING @                                        8:00PM


8/1/2008                         FRIDAY
GATHERING OF THE VIBES
SEASIDE PARK
BRIDGEPORT              CT
4000.00        **CAPACITY:** N/A        **TIX:** TBD        **HOTEL:** NONE
FLAT GUARANTEE **DEPOSIT:**        2000.00   **DEPOSIT PD:**
1 SET, 90 MINUTES, STARTING @


9/13/2008                        SATURDAY
PORT-WHITWORTH WEDDING
6044 BROWNTOWN ROAD
CHATTANOOGA             TN
4500.00        **CAPACITY:**            **TIX:** N/A        **HOTEL:**        5 SINGLES
FLAT GUARANTEE
PURCHASER TO PROVIDE 5 HOTEL ROOMS
**DEPOSIT:** 2250.00        **DEPOSIT PD:** 2250.00


9/24/2008                        WEDNESDAY
REVOLUTION HALL
417-419 RIVER ST
TROY                    NY
8500.00        **CAPACITY:** 750        **TIX:** 23.00/26.00        **HOTEL:** NONE

PLUS 80% OF GROSS GATE RECEIPTS OVER 8282.00    **DEPOSIT:** 2500.00   **DEPOSIT PD:** 2500.00
2 SETS, 75 MINUTES EACH, STARTING @

9/25/2008                              THURSDAY
LUPOS
79 WASHINGTON ST.
PROVIDENCE                     RI
PERCENTAGE   **CAPACITY:** 1925   **TIX:** 20.00   **HOTEL:** NONE
70% OF GROSS GATE RECEIPTS OVER HOSPITALITY COSTS**DEPOSIT:**   0.00   **DEPOSIT PD:**
2 SETS, 75 MINUTES EACH, STARTING @


9/26/2008                              FRIDAY
B.B. KING BLUES CLUB & GRILL
243 WEST 42ND STREET
NEW YORK CITY            NY
10000.00   **CAPACITY:** 1000   **TIX:** 25.00   **HOTEL:** NONE
PLUS 70% OF GROSS GATE RECEIPTS OVER 20000.00   **DEPOSIT:**   1000.00   **DEPOSIT PD:**   1000.00
2 SETS, 75 MINUTES EACH, STARTING @

9/27/2008                              SATURDAY
 HIGHER GROUND
1214 WILLISTON RD.
SOUTH BURLINGTON          VT
9000.00   **CAPACITY:** 750   **TIX:** 20.00/23.00   **HOTEL:** NONE
PLUS 80% OF GROSS GATE RECEIPTS OVER 14000.00**DEPOSIT:**   2500.00   **DEPOSIT PD:**
2 SETS, 75 MINUTES EACH, STARTING @


10/4/2008                              SATURDAY
NEW ORLEANS SEAFOOD FESTIVAL
WAREHOUSE DISTRICT
NEW ORLEANS,             LA
2500.00   **CAPACITY:**   **TIX:**   **HOTEL:** NONE
FLAT GUARANTEE**DEPOSIT:**   1000.00   **DEPOSIT PD:**
ONE SET, 60 MINUTES, STARTING @                                           8:30
**CONTACT PHONE:**              (504) 529-5844

10/11/2008                             SATURDAY
THE LOKI FESTIVAL
DEEFIELDS FESORT
MILLS RIVER              NC
4500.00   **CAPACITY:**   **TIX:**   **HOTEL:**   5 SINGLES/2 DOUBLES
FLAT GUARANTEE**DEPOSIT:**   2000.00   **DEPOSIT PD:**
ONE SET, 90 MINUTES, STARTING @

10/25/2008                             SATURDAY
 THE HOWLING WOLF
907 S. PETERS STREET
NEW ORLEANS,             LA
2000.00   **CAPACITY:** 900   **TIX:** 10.00   **HOTEL:** NONE
FLAT GUARANTEE **DEPOSIT:**   500.00   **DEPOSIT PD:**
ONE SET, 75 MINUTES, STARTING @


10/29/2008                             WEDNESDAY
LIVE WIRE MUSIC HALL
307 WEST RIVER STREET
SAVANNAH                 GA
1750.00   **CAPACITY:** 300   **TIX:** 15.00   **HOTEL:** NONE
PLUS 85% OF GROSS GATE RECEIPTS OVER 2967.00   **DEPOSIT:**   350.00   **DEPOSIT PD:**   2 SETS, 75 MINUTES EACH, STARTING @

10/30/2008                             THURSDAY
SMITH'S OLD BAR
1578 PIEDMONT AVENUE
ATLANTA                  GA
1500.00   **CAPACITY:** 400   **TIX:** 15.00 & 18.00   **HOTEL:** NONE
PLUS 80% OF GROSS RECEIPTS OVER 3000.00 **DEPOSIT:** 500.00   **DEPOSIT PD:**
TWO SETS, 75 MINUTES EACH, STARTING @

10/31/2008                             FRIDAY
PRIVATE PARTY
VINYL
ATLANTA                  GA
5000.00   **CAPACITY:**   **TIX:**   **HOTEL:**   5 SINGLES
FLAT GUARANTEE   **DEPOSIT:**   2000.00   **DEPOSIT PD:**   2000.00
TWO SETS, 75 MINUTES EACH, STARTING @

11/1/2008                              SATURDAY
ZYDECO'S

2001 15TH AVENUE SOUTH
BIRMINGHAM                    AL
1500.00        **CAPACITY:** 550        **TIX:** 12.00        **HOTEL:** NONE
PLUS 80% OF GROSS RECEIPTS OVER 2350.00
**DEPOSIT:**     500.00    **DEPOSIT PD:**
TWO SETS, 75 MINUTES EACH, STARTING @


12/6/2008                    SATURDAY
 THE HOWLING WOLF
 907 S. PETERS STREET
 NEW ORLEANS,           LA
 2000.00        **CAPACITY:** 900        **TIX:** 15.00        **HOTEL:** NONE
 PLUS 80% OF GROSS RECEIPTS AFTER EXPENSES TBD    **DEPOSIT:**        500.00        **DEPOSIT PD:**
 ONE SET, 120 MINUTES, STARTING @


## **2009**


1/4/2009        THROUGH 1/9/2009            SUNDAY-FRIDAY
 JAM CRUISE 7
 FT LAUDERDALE
 FT LAUDERDALE            FL
 7500.00        **CAPACITY:**            **TIX:**            **HOTEL:**        5 SINGLES
 FLAT GUARANTEE
 BACKLINE, MEALS, GRATUITIES AND GROUND INCLUDED
 **DEPOSIT:** 2500.00        **DEPOSIT PD:**
 TWO SHOWS, SET LENGTH AND SET TIMES @                        TBD


1/16/2009                    FRIDAY
 BENNIES BOOM BOOM ROOM
 142 E. FRONT STREET
 HATTIESBURG            MS
 1500.00        **CAPACITY:** 200        **TIX:** 15.00        **HOTEL:** NONE
 VERSUS 100% OF GROSS RECEIPTS


1/17/2009                    SATURDAY
 TIPITINA'S UPTOWN
 501 NAPOLEON AVENUE
 NEW ORLEANS        LA
 2000.00        **CAPACITY:** 800        **TIX:** 20.00        **HOTEL:** NONE
 VERSUS 75% OF GROSS RECEIPTS **DEPOSIT:**  500.00    **DEPOSIT PD:**
ONE SET, 120 MINUTES, STARTING @


1/23/2009                    FRIDAY
 SPIRITS
 1260 H TEXAS AVENUE
 ALEXANDRIA            LA
 2000.00        **CAPACITY:** 160        **TIX:** 15.00        **HOTEL:**        5 SINGLES
 PLUS 100% OF GROSS RECEIPTS OVER 2500.00


1/24/2009                    SATURDAY
 PRIVATE PARTY
 5458 DAYNE COURT
 NEW ORLEANS        LA
 5000.00        **CAPACITY:**            **TIX:**            **HOTEL:** NONE
 FLAT GUARANTEE
 PA MUST BE PROVIDED
 **DEPOSIT:** 2000.00        **DEPOSIT PD:**    TWO SETS, 75 MINUTES EACH, STARTING @


3/17/2009  *FEATURING KYLE HOLLINGSWORTH*        TUESDAY
 OWSLEYS GOLDEN ROAD
 2151 LAWRENCE
 DENVER                CO
 3500.00        **CAPACITY:** 600        **TIX:** 18.00 ADV/ 20.00    **HOTEL:**        3 SINGLES, 2 DOUBLES
 PLUS 80% OF GROSS GATE RECEIPTS OVER 4500.00


3/18/2009  *FEATURING KYLE HOLLINGSWORTH*        WEDNESDAY
 BOULDER THEATER
 2032 14TH STREET
 BOULDER,            CO
 3500.00        **CAPACITY:** 1000        **TIX:** 15.00/ TBD    **HOTEL:** NONE
 PLUS 85% OF GROSS GATE RECEIPTS OVER 7150.00


3/19/2009                    THURSDAY
 WINTER CONCERT SERIES

TOWN OF MOUNTAIN VILLAGE-HERITAGE PLAZA
TELLURIDE                                CO
4000.00      **CAPACITY:**        **TIX:** 0.00          **HOTEL:**        3 SINGLES, 2 DOUBLES
FLAT GUARANTEE
PURCHASER TO PROVIDE HOTEL ROOMS


3/21/2009                          SATURDAY
PRIVATE
THE ART MUSEUM OF PUERTO RICO
PUERTO RICO                        PR
7000.00      **CAPACITY:**        **TIX:** TBD          **HOTEL:**        4 SINGLES
FLAT GUARANTEE
ROUNDTRIP AIRFARE FOR 4 PEOPLE, HOTELS FOR FRI & SAT, BACKLINE AND LOCAL GROUND TRANSPORTATION


3/26/2009                          THURSDAY
SPACE
1245 CHICAGO AVE
EVANSTON                           IL
2500.00      **CAPACITY:** 250    **TIX:** 20.00/25.00  **HOTEL:**        4 SGL.S
PLUS 85% OF GROSS GATE RECEIPTS OVER 4370.00
HOTELS (4 SGL.S) PROVIDED BY PURCHASER


3/27/2009                          FRIDAY
TROCADEROS
107 3RD AVE NORTH
MINNEAPOLIS                        MN
3500.00      **CAPACITY:** 1500   **TIX:** 22.00/25.00  **HOTEL:**        3 SINGLES, 2 DOUBLES
PLUS 50% OF GROSS GATE RECEIPTS OVER 20000.00
HOTELS (3 SGL.S/2 DBL.S) PROVIDED BY PURCHASER


3/28/2009                          SATURDAY
OVERTURE CENTER FOR THE ARTS
201 STATE STREET
MADISON                            WI
3500.00      **CAPACITY:** TBD    **TIX:** TBD          **HOTEL:**        5 SINGLES
FLAT GUARANTEE
HOTELS (5 SGL.S) PROVIDED BY PURCHASER
**DEPOSIT:** 1750.00     **DEPOSIT PD:**


1 SET, 90 MINUTES, STARTING @


4/26/2009                          SUNDAY
THE HOWLIN WOLF
907 S. PETERS AVENUE
NEW ORLEANS                        LA
3800.00      **CAPACITY:** 1000   **TIX:**              **HOTEL:** NONE
FLAT GUARANTEE


5/2/2009                           SATURDAY
TIPITINA'S UPTOWN
501 NAPOLEON AVENUE
NEW ORLEANS                        LA
5000.000     **CAPACITY:** 800    **TIX:** 25.00        **HOTEL:** NONE
VERSUS 75% OF GROSS RECEIPTS


5/16/2009                          SATURDAY
JOSHUA TREE MUSIC FESTIVAL
JOSHUA TREE LAKE CAMPGROUND - 2601 SUNFAIR
JOSHUA TREE                        CA
4000.00      **CAPACITY:** 1200   **TIX:** 30.00        **HOTEL:**        ARTIST CAMPING


5/29/2009                          FRIDAY
MOUNTAIN JAM
HUNTER MOUNTAIN
HUNTER                             NY
5000.00      **CAPACITY:**        **TIX:** TBD          **HOTEL:** NONE
FLAT GUARANTEE


6/4/2009     AND 6/5/2009          THURSDAY-FRIDAY
WAKARUSA
MULBERRY MOUNTAIN
OZARK                              AR
7500.00      **CAPACITY:** 15000  **TIX:** 99.00-149.00 **HOTEL:** NONE
FLAT GUARANTEE

9/6/2009 SUNDAY
CAMDEN COMMUNITY DAY
WIGGINS WATERFRONT PARK
WASHINTON                DC
7500.00    **CAPACITY:**      **TIX:**           **HOTEL:**       5 SINGLES
FLAT GUARANTEE

9/11/2009 FRIDAY
BOGIES
705 EAST BOYD STREET
BATON ROUGE              LA
2500.00    **CAPACITY:** 600  **TIX:** 10        **HOTEL:** YES   5 SINGLES OUTSIDE OF BATON
FLAT GUARANTEE

10/30/2009 FRIDAY
TIPITINAS FRENCH QUARTER
233 NORTH PETERS
NEW ORLEANS
2500.00    **CAPACITY:** 500  **TIX:** 20.00/25.00  **HOTEL:** NONE
PLUS 40% OF GROSS GATE RECEIPTS OVER 4275.00