**Chris Finney,** a resident of New Orleans has a long relationship with Artists, in particular, George Porter Jr. Finney has worked on numerous recording projects with Artists and Porter at The Music Shed Studios, New Orleans, LA

**Bruce Barielle** is a New Orleans based Mastering Engineer has worked on recording projects with Artists and Porter at The Music Shed Studios, New Orleans, LA

**Kenneth Nestor** is a New Orleans native with a long-term relationship with Artists. Nestor is a Live Performance Audio Engineer, Monitoring Engineer, Recording Engineer, Production Manager and Tour Manager. Nestor has performed all of those functions over the years with Artists.

**David Stocker** is a New Orleans resident with a long-term relationship with Artists, in particular, George Porter Jr. Stocker is a Graphic Artists, Website Designer and Recording Engineer. Stocker designed and administered websites for Artist and worked at Post-Production mixing for Artists and Porter at The Music Shed Studios in New Orleans, LA

**Patrick Bell,** life-long resident of New Orleans worked for Artists as a Drum Tech and Driver.

**Mike Fisher**, a native of New Orleans and resident of Slidell, LA has a long-time relationship with Artists working in and outside of New Orleans as a Guitar Tech and Production Manager.

**Andrew Gilchrist,** a New Orleans Recording Studio Owner/Engineer**,** worked with Artists in and Outside of New Orleans as a Recording and Live Performance Audio Engineer.

**Miguel Barrosse**, a native of New Orleans and resident of Algiers, LA has a long-time relationship with Artists working in and outside of New Orleans as Production Manager, Live Performance Engineer, Monitoring Engineer and Guitar Tech.

**Jorge Lazzari,** a resident of New Orleans, La has a many-year relationship with Artists and worked in and outside of New Orleans as Production Assistant, Drum Tech and Driver.

**Kelvin Shougrue** of New Orleans, LA has a 35 year relationship with Brian Stoltz and worked with Artists in and outside of New Orleans as a Guitar/Bass Tech and Production Manager.

**Scott LeBell** of New Orleans, LA worked with Artists as Production Manager and Driver.

**Stacey Morigeau** is a resident of New Orleans, LA and worked with Artist in Sales of Merchandise at Live Performances in New Orleans.

**Harrell Bosarge**, a resident of New Orleans and Slidell, LA has a long-time relationship with Brian Stoltz and has recorded with Brian for future album releases.

**Jimmy Messa**, a resident of New Orleans and Slidell, LA has a long-time relationship with Brian Stoltz and has recorded with Brian for future album releases.

**Cassandra Faulconer**, a resident of New Orleans, LA and New York City has recorded with Brian Stoltz for future album releases.

**Stephen Poff** of Montgomery, AL has a long-time relationship with Artists and has worked with Brian Stoltz on several album projects.

**Bob Taylor** of Boynton Beach, FL is a keyboardist who since 2002 has played Live Shows and recorded with Brian Stoltz.

**Jeff Renza** of Margate, FL is a drummer who since 2002 has played Live Shows and recorded with Brian Stoltz.

**Al Rude** is a Pompano Beach, FL Audio Engineer who recorded, mixed and consulted on projects for Brian Stoltz.

**Page McConnell,** a resident of Burlington, VT and keyboardist for the band Phish, recorded with Artists in Burlington, VT and has performed on Live Performances with Artists in New Orleans, LA, New York City, Burlington, VT and Providence, RI.

**Kyle Hollingsworth**, a Boulder, CO Keyboardist and member of the band String Cheese Incident has recorded and performed on Live Performances with Artists around the State of Colorado.

**Danny Clinch**, famed New York Photographer and Film Maker worked with Artists on photo shoot in New York City.

**Jeffrey Gex** resides in Gulfport, MS and has worked for Artists as a Recording Engineer and Live Performance Engineer for many years.

**Ryan Murphy** from Nashville, TN worked for Artists in and outside of New Orleans as Production Manager and Guitar/Bass Tech.

**Matt Morris** moved to New Orleans from Nashville, TN to work with Artists as Production Manager and Guitar/Bass Tech.

**Eric Hansen** of Nashville, TN worked for Artists in and outside of New Orleans as Tour Manager, Guitar/Bass Tech.

**Travis Gearhardt** of Nashville,TN worked as an Audio Engineer for Artists.

**Peter Costello**, a resident of Brooklyn, NY worked with Artists as Tour Manager.

**Hugh Southard** – President/Agent, Blue Mountain Artists has worked for many years as an Agent, securing Live Performance dates for Artists.

**Page Stallings** – Vice-President/Agent, Blue Mountain Artists has worked for many years as an Agent, securing Live Performance dates for Artists.

**Derek Smith** – Agent, Blue Mountain Artists has worked for many years as an Agent, securing Live Performance dates for Artists.

**Kelly Horton** – Office Manager/Agent Assistant, Blue Mountain Artists provided Artists with updates on Live Performance Dates.

**Carrie Lombardi,** Owner/Publicist at Madison House Publicity**,** Boulder, CO worked as a Publicist for Artists.

**Amy Cummins** of Madison House Publicity**,** Boulder, CO worked as a Publicist for Artists.

**Megan McFann** of Madison House Publicity**,** Boulder, CO worked as a Publicist for Artists